UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH LOCHUCH EWALAN,<br><br>                Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>                Defendant. | CASE NO. C20-5678 JLR-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO AMEND AND SUPPLEMENT |

Having reviewed the Report and Recommendation (Dkt. # 33) of the Honorable Theresa L. Fricke, United States Magistrate Judge, Plaintiff's Objections to the Report and Recommendation (Dkt. # 36), Defendant's Response to Plaintiff's Objections (Dkt. # 38), and the remaining record, the Court finds and ORDERS:

ORDER - 1

1  (1) The court ADOPTS the Report and Recommendation;

2  (2) Plaintiff's "Motion to Order DOC Management Level in D-Unit to Stop

3 Intimidating Their Victim (Plaintiff)" (Dkt. # 17) is DENIED; and

4  (3) The Clerk is directed to send copies of this Order to the parties and Judge

5 Fricke.

6  Dated this 17th day of November, 2020.

*[signature]*

The Honorable James L. Robart
U.S District Court Judge

ORDER - 2