UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH LOCHUCH EWALAN, | CASE NO. C20-5678JLR-TLF |
| Plaintiff, | ORDER |
| v. | |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Before the court is Plaintiff Joseph Lochuch Ewalan's motion to object to Defendants Robert, Rothwell, Dickerson, Nikula, and Wakefield's (collectively, "Defendants") attempts to dismiss his case. (Mot. (Dkt. # 122).) The court finds that no response from Defendants is necessary. Mr. Ewalan neither articulates a claim for relief in his motion nor responds to a motion by Defendants. (*See id.*; *see also* Dkt.[1])

---

[1] To the extent Mr. Ewalan suspects that anything "is going on behind closed doors" between Defendants and the court" (Mot. at 2), the court reminds Mr. Ewalan that the court will

ORDER - 1

Accordingly, Mr. Ewalan's motion to object to Defendants' attempts to dismiss his case is DENIED.

Dated this 21st day of November, 2022.

JAMES L. ROBART
United States District Judge

---

not "initiate, permit, or consider *ex parte* communications" from any party regarding this or any other litigation, except as expressly authorized by law, *see* Code of Conduct for United States Judges Canon 3(A)(4) (2019).  The court assures Mr. Ewalan that there have been no discussions between Defendants and the court without Mr. Ewalan.

ORDER - 2