UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH LOCHUCH EWALAN,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | CASE NO. C20-5678JLR-TLF<br><br>ORDER |

On February 7, 2023, this court *sua sponte* reconsidered Plaintiff Joseph Lochuch Ewalan's third motion to appoint pro bono counsel. (2/7/23 Order (Dkt. # 124).) The court concluded that appointment of counsel would serve the interests of justice and conditionally granted Mr. Ewalan's motion. (*Id.*) Pursuant to this District's Pro Bono Plan, *see* General Order No. 16-20, Section 4(b) (Dec. 8, 2020), the court directed the Clerk of Court to identify an attorney from the Pro Bono Panel to represent Mr. Ewalan

ORDER - 1

for the duration of the action (2/7/23 Order at 6).  The Clerk has now identified pro bono counsel willing to represent Mr. Ewalan.  Accordingly, the court ORDERS as follows:

1. The court APPOINTS Brennen Johnson of Johnson Graffe Keay Moniz & Wick as counsel for Mr. Ewalan.  Mr. Johnson's contact information is as follows:

   Graffe Keay Moniz & Wick
   2115 N. 30th Street, Suite 101, Tacoma, WA 98403
   Phone: (253) 572-5323
   Email: brennenj@jgkmw.com

2. The court DIRECTS Mr. Johnson to file a Notice of Appearance no later than March 1, 2023.  If counsel is unable to assume this representation for a reason set forth in the Pro Bono Plan, counsel must file a motion for relief from appointment immediately.  In the event Mr. Ewalan prevails in this action, appointed counsel may move for an award of attorney's fees under any applicable authority.  The court is unable to assure counsel of compensation from any other source, however.

3. The court ORDERS the parties to meet and confer and file a Joint Status Report no later than May 1, 2023 identifying a proposed trial date and anticipated length of trial and summarizing the parties' issues or concerns as they move toward trial.

4. The court DIRECTS the Clerk to send copies of this order to Mr. Ewalan, Mr. Johnson, and counsel for Defendants.

Dated this 16th day of February, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 2