UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH LOCHUCH EWALAN, | CASE NO. C20-5678JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiff Joseph Lochuch Ewalan's motion for extension of time to file a joint status report (JSR). (Mot. (Dkt. # 141).) On June 8, 2023, the court ordered the parties to meet and confer and file a JSR by no later than June 30, 2023, identifying a proposed trial date and length of trial. (6/8/23 Order (Dkt. # 135) at 6.) Mr. Ewalan states that he met and conferred with opposing counsel but concluded that he

needs additional time to contact witnesses he wishes to call at trial. (Mot. at 2-3.) For good cause shown, the court GRANTS Mr. Ewalan's request for an extension (Dkt. # 141) and ORDERS the parties to meet and confer and file a JSR by no later than July 31, 2023, identifying a proposed trial date and anticipated length of trial and summarizing the parties' issues or concerns as they move toward trial. The court is unlikely to grant further requests for extensions of time.

Filed and entered this 22nd day of June, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2