1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH LOCHUCH EWALAN, | CASE NO. C20-5678JLR |
| Plaintiff, | ORDER |
| v. | |
| ROBERT SCHREIBER, et al., | |
| Defendants. | |

On March 29, 2024, *pro se* Plaintiff Joseph Lochuch Ewalan filed a motion raising issues related to trial procedure.  (Mot. (Dkt. # 225) (noted for April 19, 2024).)  This matter will proceed to trial starting April 22, 2024, and the pretrial conference is scheduled to take place next Wednesday, April 3, 2024 at 2:00 P.M.  (Sched. Order (Dkt. # 163) at 4.)

The court exercises its discretion to rule on the motion before the noting date.  *See* Fed. R. Civ. P. 1 (stating that the Federal Rules of Civil Procedure should be construed "to secure the just, speedy, and inexpensive determination of every action and

ORDER - 1

proceeding"). The court DENIES Mr. Ewalan's motion without prejudice, as the court will address matters of trial procedure at the pretrial conference. The court advises Mr. Ewalan that the proper way to raise these issues is not by motion; Mr. Ewalan shall raise the issues addressed in his motion and any other concerns related to trial procedure during the pretrial conference next week.

Dated this 29th day of March, 2024.

JAMES L. ROBART
United States District Judge