UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH LOCHUCH EWALAN,<br><br>                Plaintiff,<br><br>   v.<br><br>ROBERT SCHREIBER, et al.,<br><br>                Defendants. | CASE NO. C20-5678JLR<br><br>ORDER |

On April 5, 2024, *pro se* Plaintiff Joseph Lochuch Ewalan filed (1) a motion for an order requiring the Washington State Department of Corrections ("DOC") to provide Mr. Ewalan with a projector and other equipment to use during trial (Mot. (Dkt. # 242)), and (2) a request to subpoena Mr. Ewalan's treating physician, Dr. Joseph T. Ho, to testify at trial (Prop. Subpoena (Dkt. # 243); *see also* 3/27/24 Order (Dkt. # 223) at 3 (directing issuance and service of Mr. Ewalan's proposed subpoenas); Return of Serv. (Dkt. # 237) at 3 (U.S. Marshals Service returning unexecuted subpoena because Dr. Ho is no longer employed at the address provided by Mr. Ewalan)). The court ORDERS as follows:

ORDER - 1

1.  Mr. Ewalan's motion regarding a projector (Dkt. # 242) is DENIED, as the court lacks authority to enter the order that Mr. Ewalan requests. Nevertheless, Mr. Ewalan is advised that the courtroom contains multiple screens through which the court, the lawyers, the parties, and the jury can view exhibits. The courtroom will also be equipped with cameras so that Mr. Ewalan can both see and be seen inside the courtroom. The court is diligently working internally and with DOC to ensure that trial proceeds smoothly and fairly in a hybrid format.

2.  The deadline to subpoena witnesses has passed (*see* 3/22/24 Order (Dkt. # 213) at 3 (extending the deadline to April 1, 2024)), and the court previously warned Mr. Ewalan that it would "not grant further extensions of this deadline" (*id.* at 4). Accordingly, the court will not facilitate Mr. Ewalan's proposed subpoena to Dr. Ho. Mr. Ewalan may continue his attempts to establish contact with Dr. Ho by means other than subpoena.

Dated this 9th day of April, 2022.

JAMES L. ROBART
United States District Judge