UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH LOCHUCH EWALAN, | CASE NO. C20-5678JLR |
| Plaintiff, | ORDER |
| v. | |
| ROBERT SCHREIBER, et al., | |
| Defendants. | |

Before the court are Defendants Robert Schreiber, Arlee Rothwell, Russell Dickerson, Kendra Wakefield, and Denny Larsen's ("Defendants") written exceptions to the court's proposed preliminary and course of trial jury instructions.[1] (Resp. (Dkt. # 253).) Defendants raise only one exception, objecting to Preliminary Instruction No. 2, which presently states: "The plaintiff is incarcerated and asserts that each of the five

---

[1] *Pro se* Plaintiff Joseph Lochuch Ewalan did not file written exceptions to the preliminary or course of trial jury instructions. (*See generally* Dkt.; *see also* 4/11/24 Order (Dkt. # 246) at 2 (setting April 16, 2024 deadline to file exceptions).)

ORDER - 1

defendants violated his constitutional right to be free from cruel and unusual punishment by <u>failing to protect him from two separate assault incidents involving fellow inmates</u>." (*See* 4/11/24 Order (Dkt. # 246) at App'x A (emphasis added).) Defendants propose the following: "The plaintiff is incarcerated and asserts that each of the five defendants violated his constitutional right to be free from cruel and unusual punishment by <u>being deliberately indifferent to a substantial risk of serious harm that plaintiff faced involving fellow inmates</u>." (Resp. at 3.)

It is the court's typical practice to issue a preliminary instruction that provides a statement of the case expressed in colloquial terms rather than legal elements. Nevertheless, the court will modify the instruction in this instance, as follows: "The plaintiff is incarcerated and asserts that each of the five defendants violated his constitutional right to be free from cruel and unusual punishment by <u>being deliberately indifferent to a substantial risk of serious harm, thereby failing to protect him from two separate assault incidents involving fellow inmates</u>."

Dated this 18th day of April, 2024.

JAMES L. ROBART
United States District Judge