UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH LOCHUCH EWALAN, | CASE NO. C20-5678JLR |
| Plaintiff, | ORDER |
| v. | |
| ROBERT SCHREIBER, et al., | |
| Defendants. | |

To the extent Defendants' renewed motion under Federal Rule of Civil Procedure 50(a) remains pending (*see* 4/24/24 Min. Entry (Dkt. # 264)), the motion is DENIED as moot (*see generally* Judgment (Dkt. # 272) (judgment in Defendants' favor)).

Dated this 30th day of April, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 1