UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH LOCHUCH EWALAN,<br><br>                Plaintiff,<br><br>  v.<br><br>ROBERT SCHREIBER, et al.,<br><br>                Defendants. | CASE NO. C20-5678JLR<br><br>ORDER |

Before the court is *pro se* Plaintiff Joseph Lochuch Ewalan's "re-motion" requesting the undersigned "to order speed production" of the official trial transcripts in this matter, which the court construes as a motion for expedited transcripts at government expense. (Mot. (Dkt. # 284).) The court previously granted Mr. Ewalan's motion for trial transcripts at government expense pursuant to 28 U.S.C. § 753(f). (5/16/24 Order (Dkt. # 280).) Mr. Ewalan now seeks expedited transcripts based on looming deadlines in his appeal of this matter, but the Ninth Circuit has ordered an abeyance of Mr. Ewalan's appeal pending this court's ruling on his motion for a new trial. (6/12/24 CA9

ORDER - 1

Order (Dkt. # 285); *see also* New Trial Mot. (Dkt. # 275).)  Because Mr. Ewalan fails to demonstrate necessity of expedited transcripts at government expense, the court DENIES his motion (Dkt. # 284).[1]

Dated this 14th day of June, 2024.

JAMES L. ROBART
United States District Judge

---

[1] The court also directs Mr. Ewalan's attention to Ninth Circuit Rule 31-2.2, which governs extensions of time for filing briefs in the Court of Appeals.  *See generally* Ninth Cir. Rule 31-2.2(a) (authorizing streamlined 30-day extensions of time subject to limited exceptions).

ORDER - 2